IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01906-REB-MEH

DAVID BRACKHAHN and
CATHERINE BRACKHAHN,

    Plaintiffs,

v.

GMAC MORTGAGE LLC CORPORATION SERVICE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 20, 2010.**

    Plaintiff's Request for Jury Demand [filed September 16, 2010; docket #17], construed as a request for clarification as to whether the Plaintiff demanded a jury in this case, is **granted**. The record reflects that the Plaintiff marked "yes" on the Civil Cover Sheet next to "Jury Demand" and paid the filing fee, including the cost for a jury, in this case. Thus, the record reflects that the Plaintiff has demanded a jury in this action. The Clerk of the Court is directed to correct any errors that may appear on the docket sheet in this regard.