David and Catherine Brackhahn
122 Clearwater Dr.
Pagosa Springs, Colorado 811147

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2010 OCT 12 PM 2:31

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| **DAVID AND CATHERINE BRACKHAHN,** <br><br> Plaintiff, <br><br> vs. <br><br> **GMAC MORTGAGE, LLC,** <br><br> Defendant | Case # **10-cv-01906-REB-MEH** <br><br> **UNOPPOSED MOTION** <br><br> **FOR EXTENSION OF TIME** <br><br> **TO ANSWER** |

Date: October 12, 2010

Plaintiff requests a 17-day extension of time to file a responsive pleading to Defendant's 15-page, 9/20/2010 Motion to Dismiss Plaintiff's original petition, which is presently before the Court. Plaintiff has found it difficult to properly address, timely, the issues at hand. Plaintiff, not being practiced in the courts, does not have the same access to tools, materials, and clerical assistance necessary to frame proper pleadings as the Defendant does. On October 11, 2010, Plaintiff telephoned Karen Brody, Defendant's attorney, who agreed to a 17-day extension

beyond Plaintiff's present deadline of October 12th, creating a new deadline of October 29, 2010. Ms. Brody is unopposed to the Court granting the Plaintiff this extension of time.

Respectfully submitted this 12th day of October, 2010.

_____   _____
David and Catherine Brackhahn, Plaintiff, pro se

CERTIFICATE OF SERVICE

I, David Brackhahn, do swear and affirm that I have served a signed copy of this UNOPPOSED MOTION for EXTENSION of TIME TO ANSWER, and Certificate of Service, by way of Regular U.S.P.S. Certified mail and return receipt # 7009 0080 0001 4729 4023, and via Facimile, to Defendant's attorney, Karen Brody at Lowe, Fell, & Skogg, LLC, 370 17th St., Ste. 4900, Denver, CO 80202. Fax # (720)359-8201.

_____
David Brackhahn
122 Clearwater Dr.
Pagosa Springs, Colorado 81147

The Persons above proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to this document, and acknowledged to me that he and she executed the same in his and her authorized capacity, respectively, and that by his or her signatures on this instrument, are the persons who executed this Motion and Certificate of Service.

I certify under PENALTY OF PERJURY, under the laws of this State, that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____ (exp 5-11-13)  10-12-10
NOTARY PUBLIC IN AND FOR
THE STATE OF COLORADO