IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01906-REB-MEH

DAVID BRACKHAHN and
CATHERINE BRACKHAHN,

      Plaintiffs,

v.

GMAC MORTGAGE LLC CORPORATION SERVICE COMPANY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 13, 2010.**

      Plaintiffs' Unopposed Motion for Extension of Time to Answer [filed October 12, 2010; docket #24] is **granted**. Plaintiffs shall respond to the pending motion to dismiss on or before **October 29, 2010**. Defendant may reply within *fourteen days* of Plaintiffs' response.