IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 10-cv-01906-REB-MEH | Date: November 3, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| DAVID BRACKHAHN and | *Pro Se* (by telephone) |
| CATHERINE BRACKHAHN, | *Pro Se* (by telephone) |

     Plaintiffs,

v.

| | |
|---|---|
| GMAC MORTGAGE LLC CORPORATION SERVICE COMPANY, | Karen Lynn Brody |

     Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC SCHEDULING CONFERENCE**

**Court in session:**     9:31 a.m.

Court calls case.  Appearances of *pro se* Plaintiffs and counsel for Defendant.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Defendant's Rule 26(a)(1) Disclosures:**     November 5, 2010
**Plaintiff's Rule 26(a)(1) Disclosures:**     November 12, 2010

**Joinder of Parties/Amendment of Pleadings:**     December 18, 2010

**Discovery Deadline:  April 29, 2011**

**Dispositive Motion Deadline:**     May 27, 2011

**Initial Rule 26(a)(2) Disclosures:**     March 15, 2011
**Rebuttal Rule 26(a)(2) Disclosures:**     April 15, 2011

All written discovery shall be submitted 33 days prior to the close of discovery.

**Final Pretrial Conference:     July 25, 2011, at 9:30 a.m.**  In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate

        Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**

A Settlement Conference will be set at the request of the parties.

Discussion regarding Defendant's Motion to Dismiss Plaintiffs' Original Petition Pursuant to Fed.R.Civ.P. 8 and 9(b) and Petition for Restraining Order and Petition for Temporary Injunction (Doc. #19, filed 9/20/10) and the briefing schedule set by this Court.

**TRIAL:**
A trial to a jury is set for **November 28, 2011, at 8:30 a.m.**; estimated length of trial is five (5) days.

A Final Trial Preparation Conference is set for **November 4, 2011, at 3:00 p.m.** before Judge Robert E. Blackburn.

**Court in recess:**     9:53 a.m. **(Hearing concluded)**
**Total time in Court:** 0:22