IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01906-REB-MEH

DAVID BRACKHAHN and
CATHERINE BRACKHAHN,

      Plaintiffs,

v.

GMAC MORTGAGE LLC CORPORATION SERVICE COMPANY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 22, 2010.**

      Plaintiffs' Motion to Compel Compliance and Motion for Enlargement of Time/Modification of Case Management Scheduled [filed December 20, 2010; docket #37] is **denied without prejudice** for failure to comply fully with Fed. R. Civ. P. 37(a)(1) and D.C. Colo. LCivR 7.1A. Citing to "attachment 1," Plaintiffs generally assert that they "have duly attempted to 'work this out' directly with Defendants to no avail"; however, no document is attached to the motion. In addition, Plaintiffs fail to "state a date certain for the requested extension of time" in contravention of D.C. Colo. LCivR 6.1D.