UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01906-REB-MEH

DAVID AND CATHERINE BRACKHAHN, Pro Se

   Plaintiffs,

v,

GMAC MORTGAGE, LLC,

   Defendant.

```
                              F I L E D
                      UNITED STATES DISTRICT COURT
                          DENVER, COLORADO

                          JAN 18 2011

                      GREGORY C. LANGHAM
                                     CLERK
```

---

### PLAINTIFFS' RESPONSE TO MAGISTRATE'S RECOMMENDATION; PLAINTIFFS' REQUEST FOR LEAVE OF COURT TO AMEND ORIGINAL COMPLAINT AND ENJOIN NECESSARY PARTIES

---

COMES NOW, David and Catherine Brackhahn, Pro Se Plaintiffs, acknowledging the recommendations of the Magistrate, requesting Leave of Court to Amend Original Complaint and to Enjoin Necessary Parties prior to any dismissal, even without prejudice.

## I. INTRODUCTION

1. Pursuant to the Federal Rules of Civil Procedure (FRCP) 15(a), Plaintiffs respectfully request leave of court to file an Amended Complaint.

2. This Honorable Court has noted that Plaintiffs' original complaint was not plead with specificity, fails to state claims as required, is vague, fails to identify conduct specific to Defendant, and challenges conduct by persons not named in this action.

3. Plaintiffs apologize to this Honorable Court and to opposing counsel for deficiencies and general lack of knowledge; Plaintiffs are untrained in law and without assistance of counsel are making their best effort at things far beyond their scope of understanding.

4. Plaintiffs will amend the complaint in three significant ways: a) Plaintiffs have gained some knowledge of formatting and will change this to better reflect the rules;

b) Plaintiffs will amend the complaint to a more concise claim, including Truth In Lending (regulation Z), FDCPA violations, and other actions sounding in fraud.

c) Plaintiffs now understand better that there are essential parties that need to be joined to this action and will enjoin same in Plaintiffs' Amended Complaint. Plaintiffs' Amended Complaint will involve the actions and potential violations of each party in some respect.

5. This esteemed court is free to grant Plaintiffs' Request for Leave, in the court's discretion, and leave should be granted because: (1) FRCP Rule 15(a) states "leave shall be freely given when justice so requires." The Court should freely grant Leave to Amend in order to permit parties to have their claims determined on their merits in a single action.

6. Defendants would not be unfairly prejudiced by the amended complaint since no discovery has been commenced. Therefore, Plaintiffs request that the action not be dismissed even without prejudice until after Plaintiffs be granted leave to amend. Plaintiffs request a minimum of 30 days to insure full compliance following the direction of the court.

7. Plaintiffs wish to amend the Original Complaint, as allowed by FRCP 15(a) to include the further violations of law and claims, with supporting and updated Exhibits and corrections of technical and formatting errors.

II.   ARGUMENTS

8. This court stated in its RECOMMENDATION ON PENDING MOTIONS filed

12/29/10 (Document 40) that it would "grant Plaintiffs leave to file an amended complaint in accordance with this Recommendation and all applicable local and federal rules."

9. Defendants will not be unfairly prejudiced by the Amendment of the Complaint because adequate time still remains before trial for conduction of discovery concerning any new issues arising from the Amended Complaint. Recent communication with opposing attorney demonstrates that both parties would benefit from extra time to address 26(a) disclosure issues.

10. Pro Se Plaintiffs understand that equitable tolling must be read into all federal statutes unless Congress specifically mandates otherwise. Plaintiffs believe the principle of equitable tolling does apply here. Further, any prejudice to Defendants is overridden by a need to decide the case on its merits with all necessary parties included. Thus, Plaintiffs should be permitted to amend the Complaint to include and clarify willful violations of law and to correct oversights and technical and formatting errors.

11. Plaintiffs assure the court that in their Amended Complaint, they shall identify the rights which they believe were violated, the names of persons or entities which violated that right, exactly what that individual did or failed to do, how the action or inaction of that person or entity is connected to the violation of Plaintiffs' rights, and what specific injury Plaintiffs suffered because of the other person's or entity's conduct.

## IV. CONCLUSION

12. For the foregoing reasons, Plaintiffs request a minimum of 30 days' leave of court to amend and plead with specificity those facts noticed to the Plaintiffs in the Magistrate's

recommendation. It is in the interest of judicial economy to grant time to amend <u>prior to dismissal</u> under FRCP 12(b)(6).

Respectfully submitted,

_/s/ David Brockhahn_   _/s/ Catherine Brockhahn_

Plaintiffs, Pro Se

Civil Action No.  10-cv-01906

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on ___1/13/11___, a copy of the following document was placed in the USPS mail, and sent postage prepaid by certified first class mail, return receipt requested, to the recipients listed below.

**PLAINTIFFS' RESPONSE TO MAGISTRATE'S RECOMMENDATION; PLAINTIFFS' REQUEST FOR LEAVE OF COURT TO AMEND ORIGINAL COMPLAINT AND ENJOIN NECESSARY PARTIES**

Mailed to following recipients;

UNITED STATES DISTRICT COURT    Cert. Mail # 7009 0820 0001 8451 8908
DISTRICT OF COLORADO
901—19th St, Rm. A-105
Denver, Colorado 80294

**Karen Brody, Esq.**    Cert. Mail # 7009 0820 0001 8451 8892
**LOWE, FELL & SKOGG, LLC**
**370 17th Street, Suite 4900**
**Denver, Colorado 80202**

_____
Signature