**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01906-REB-MEH

DAVID BRACKHAHN, and
CATHERINE BRACKHAHN,

      Plaintiffs,

v.

GMAC MORTGAGE LLC CORPORATION SERVICE COMPANY,

      Defendant.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter is before me on the following:(1) the plaintiffs' **Petition for Temporary Injunction** [#2][1] filed August 10, 2010; (2) the defendant's **Motion To Dismiss Plaintiffs' "Original Petition" Pursuant To FED. R. CIV. P. 8 and 9(b) and Petition for Restraining Order and Petition for Temporary Injunction** [#19]filed September 20, 2010; and (3) the **Recommendation on Pending Motions** [#40] filed December 29, 2010, by the assigned magistrate judge,. The plaintiffs filed objections [#4] to the recommendation. I approve and adopt the recommendation and grant the motion to dismiss.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the

---

[1] "[#2]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

recommendation, the plaintiffs' objections, and the applicable law.  Because the plaintiffs are proceeding *pro se*, I have construed their pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See Erickson v. Pardus**, 551 U.S. 89, 94 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).

The recommendation is detailed and well-reasoned.  In their objections [#41], the plaintiffs concede that the allegations in their **Original Petition** [#1] filed August 10, 2010, are not sufficient to state a claim on which relief can be granted.  As a result, they request leave to file an amended petition or complaint.  The magistrate judge recommends that the plaintiffs be granted leave to file an amended complaint.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation on Pending Motions** [#40] filed December 29, 2010, is **APPROVED** and **ADOPTED** as an order of this court;

2.  That the defendant's **Motion To Dismiss Plaintiffs' "Original Petition" Pursuant To FED. R. CIV. P. 8 and 9(b) and Petition for Restraining Order and Petition for Temporary Injunction** [#19] filed September 20, 2010, is **GRANTED**;

3.  That under FED. R. CIV. P. 12(b)(6), the plaintiffs' **Original Petition** [#1] filed August 10, 2010, is **DISMISSED** without prejudice;

4.  That on or before **March 4, 2011**, the plaintiffs may file an amended petition or complaint in an effort to cure the extant flaws in their **Original Petition** [#1];

5.  That if the plaintiffs fail to file an amended petition or complaint, this case **SHALL BE DISMISSED**; and

6.  That the plaintiffs' **Petition for Temporary Injunction** [#2] filed August 10,

2

2010, which is based on the allegations in the plaintiffs' **Original Petition** [#1], is **DENIED** without prejudice.

Dated February 14, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge