**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 10-cv-01906-BEB-BNB**

DAVID AND CATHERINE BRACKHAHN,

    Plaintiffs,

v.

GMAC MORTGAGE, LLC,

    Defendant.

---

**MOTION FOR EXTENSION OF TIME TO ANSWER OR ORTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

---

Defendant GMAC Mortgage, LLC ("GMAC"), by its attorneys, Lowe, Fell & Skogg, LLC, submits the following Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Amended Complaint. In support of this motion, GMAC states as follows:

1. Pursuant to D.C.COLO.L.CivR 7.1(A), counsel for Defendant GMAC attempted to contact Plaintiffs via telephone to confer before filing this motion on March 16, 2011. A message was left for Plaintiffs advising as to the relief requested in this motion. Plaintiffs have not responded as to whether or not they are opposed to the motion.

2. After dismissing Plaintiffs' original complaint filed in this action without prejudice under Fed.R.Civ.P. 8, the Court gave Plaintiffs thirty days to file a new complaint to correct the deficiencies that gave rise to the dismissal. Plaintiffs served GMAC with a new complaint on March 4, 2011. The deadline for filing an answer or other responsive pleading to Plaintiffs' Amended Complaint is March 18, 2011.

3. GMAC requests an extension to April 1, 2011 to respond to Plaintiffs' Amended Complaint. This constitutes a 14-day extension for GMAC.

4. Plaintiffs' complaint includes new issues and allegations not previously identified in their original complaint. GMAC is in the process of investigating and determining how to appropriately respond to the new allegations and issues that have been raised and requires a brief extension to do so.

5. No party will be prejudiced by this brief extension. Plaintiffs have had thirty days to prepare their new claims. Plaintiffs have ceased paying any amounts due on their mortgage for the property that is at issue in this case and are presently living for free in the house that is the subject of this lawsuit. No action has been taken to foreclose on the property. Consequently, the brief delay does not impact Plaintiffs at all. A new scheduling order will be required in this case in light of the fact that the case was dismissed and has now, essentially, been started anew; thus, no delay in the litigation will occur as a result of this extension.

WHEREFORE, Defendant GMAC requests an extension through and including April 1, 2011 to answer or otherwise respond to Plaintiffs' Amended Complaint and for such further and different relief as the Court deems proper.

Respectfully submitted this 17th day of March, 2011.

         LOWE, FELL & SKOGG, LLC

         *s/ Karen L. Brody*
         Karen L. Brody
         370 Seventeenth Street, Suite 4900
         Denver, Colorado 80202
         Phone:  720.359.8200
         Fax:  720.359.8201
         Email:  kbrody@lfslaw.com

         ATTORNEYS FOR THE DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2011, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

ffcon@centurytel.net

David and Catherine Brackhahn
122 Clearwater Drive
Pagosa Springs, CO 81147
**VIA U.S. MAIL**

         *s/ Kelly A. Stankov*