IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01906-REB-MEH

DAVID BRACKHAHN, and
CATHERINE BRACKHAHN,

      Plaintiffs,

v.

GMAC MORTGAGE LLC CORPORATION SERVICE COMPANY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 5, 2011.**

      Defendant's Unopposed Motion to Amend Scheduling Order and Reset Final Pretrial Conference [filed May 2, 2011; docket #48] is **denied without prejudice** for failure to consider the Trial and Trial Preparation Conference dates set by Judge Blackburn in this case. *See* docket #29. In addition, the Plaintiffs filed their First Amended Complaint on March 4, 2011 and the Court notified the parties on March 21, 2011 - well before the discovery cutoff in this case - that any requests to amend the existing Scheduling Order must be made by motion in accordance with federal and local rules. The Defendant has not stated good cause for the delay in seeking amendment of the Scheduling Order nearly a month and a half later and after the deadlines for expert disclosures and discovery have passed.