# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DIST. OF COLORADO
2011 SEP -7 PM 4: 24
GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

**Civil Action No. 10-cv-01906-REB-MEH**

DAVID AND CATHERINE BRACKHAHN, Pro Se

    Plaintiffs,

    v.

GMAC MORTGAGE, LLC,

    Defendant.

---

## PLAINTIFFS' EMERGENCY MOTION TO VACATE
## 9-14-2011 PRE-TRIAL CONFERENCE

---

A Motion for Declaratory Judgment is being concurrently filed by Pro Se Plaintiffs, David and Catherine Brackhahn.  Plaintiffs move the Court to vacate the Pre-Trial Conference scheduled for 9:30 a.m., September 14, 2011, until Motion for Declaratory Judgment has been addressed and resolved.  Vacation of the Conference is in the interest of judicial economy.  Further understanding is apparent within the Motion for Declaratory Judgment.

Respectfully submitted,

_David Brackhahn_

Date 9-7-11

*Catherine Brackhahn*

Date 9-7-2011

**Plaintiffs, Pro SE**

**David and Catherine Brackhahn**

**122 Clearwater Dr.**

**Pagosa Springs, Colorado 81147**

**Ph# (970) 264-4923**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2011, I hand delivered to the clerk of the court the foregoing PLAINTIFFS' EMERGENCY MOTION TO VACATE 9-14-2011 PRE-TRIAL CONFERENCE, addressed to:

> Office of the Clerk
> UNITED STATES DISTRICT COURT
> 901 19th St., Rm. A-105
> Denver, Colorado 80294-3589

On this date I served a copy of the foregoing by placing a true and correct copy of the same in the USPS Priority MAIL, to:

> LOWE, FELL,& SKOGG, LLC
> KAREN BRODY, ESQ.
> ATTY FOR GMAC MORTGAGE, LLC
> 370 17TH STREET, SUITE 4900
> DENVER, COLORADO 80202

_/s/ David Brackhahn_

David Brackhahn, Pro se                    Date 9-7-11
122 Clearwater Dr.
Pagosa Springs, Colorado 81147
(970) 264-4923