IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01906-REB-MEH

DAVID BRACKHAHN, and
CATHERINE BRACKHAHN,

      Plaintiffs,

v.

GMAC MORTGAGE LLC CORPORATION SERVICE COMPANY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 9, 2011.**

      The Plaintiffs' Verified Motion for Expedited Declaratory Judgment Pursuant to FRCP Rule 57 and 28 USC § 2201, construed as a motion for sanctions pursuant to Fed. R. Civ. P. 37(c)(1) [filed September 7, 2011; docket #58], and Plaintiffs' Emergency Motion to Vacate 9-14-2011 Pre-Trial Conference [filed September 7, 2011; docket #59] are **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A.

      The plain language of D.C. Colo. LCivR 7.1A states,

> The court will not consider ***any motion***, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

(emphasis added).  The Court reminds the parties of their continuing obligations to comply fully with D.C. Colo. LCivR 7.1A.  *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).